IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ROBERT PICKENS,** § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 3:12-cv-2210-O |
| § § | |
| **US BANK NATIONAL ASSOCIATION, et al.** § § § | |
| Defendants. § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 20). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **8th day** of **March, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**